# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ALMENDRA ESCOBEDO-OROZCO,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:24-cv-01591-RDP-SGC |
| | ) |
| **JENNIFER BROTON,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on July 17, 2025, recommending this *pro se* petition for writ of habeas corpus, filed by Petitioner Almendra Escobedo-Orozco pursuant to 28 U.S.C. § 2241, be denied and dismissed with prejudice. (Doc. 11).[1] Petitioner is a federal prisoner seeking application of earned time credits toward her prerelease custody under the First Step Act ("FSA"). The Magistrate Judge concluded Petitioner is ineligible for FSA credit because she is subject to a "Final Administrative Removal Order" issued by the Department of Homeland Security. (Doc. 11 at 3-4). Petitioner has filed objections to the Report and Recommendation. (Doc. 12).

In her objections, Petitioner repeats arguments addressed and rejected in the Report and Recommendation, including her assertion that the Final Administrative Removal Order is not the sort of final removal order which would bar application of FSA credit. (Doc. 12). As noted by the Magistrate Judge, this argument is devoid of merit. *See Godines-Alvarez v. Neely*, No. 24-0201-RDP-GMB, 2024 WL 4052247, at *2 (N.D. Ala. Aug. 13, 2024), *R&R adopted,* 2024 WL 4048849 (N.D. Ala. Sept. 3, 2024).

---

[1] Citations to the record refer to the document and page numbers assigned by the court's CM/ECF electronic document system and appear in the following format: (Doc. __ at __).

Petitioner's objections are **OVERRULED**. (Doc. 12). After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, Petitioner's claims will be denied and dismissed with prejudice.

**DONE** and **ORDERED** this August 8, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE